*1042 ante, p. 5;
ante, p. 941;
ante, p. 959;
ante, p. 969;
ante, p. 944;
ante, p. 944;
ante, p. 944;
ante, p. 945;
ante, p. 945;
ante, p. 957;
ante, p. 946;
ante, p. 969;
ante, p. 960;
ante, p. 969;
ante, p. 960;
ante, p. 970;
ante, p. 970;
ante, p. 949;
ante, p. 961;
ante, p. 970;
ante, p. 971;
ante, p. 987;
ante, p. 961;
ante, p. 987;
ante, p. 971;
ante, p. 988; and
*1043 No. 90-5885.
ante, p. 988. Petitions for rehearing denied.